**Joseph JOHNSON, Appellant,**

v.

**Michael J. ASTRUE, Commissioner, Social Security Administration, Appellee.**

No. 10–3741.

United States Court of Appeals, Eighth Circuit.

Submitted: March 23, 2011.

Filed: March 28, 2011.

Joseph Johnson, St. Louis, MO, pro se.

Sean Stewart, Assistant Regional Counsel, Kristi Schmidt, Deputy, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, Jane Rund, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Joseph Johnson appeals the district court's [1] dismissal of his 42 U.S.C. § 405(g) action for lack of subject matter jurisdiction. Having carefully reviewed the record and considered Johnson's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking. *See In Home Health, Inc. v. Shalala,* 272 F.3d 554, 559 (8th Cir.2001) (de novo review). We Accordingly, the judgment is affirmed.

*See* 8th Cir. R. 47B. We also deny the pending motion for sanctions.

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.